UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-00256-MSS-TGW

PRIMERICA LIFE INSURANCE COMPANY

    *Plaintiff*,

v.

ANTHONY YOUNG, RICHARD J. REED, III,
DALVIN DEVINE, AND SIMMON S. REED,

    *Defendants*.
_____/

## UNOPPOSED MOTION TO DISBURSE FUNDS HELD IN COURT REGISTRY

**COME NOW**, Defendants, Anthony Young and Dalvin Devine, by and through their attorneys or record, and pursuant to Local Rule 7.03(b), hereby moves this Honorable Court for an order instructing the Clerk of the Court to disburse monies held in the Court's Registry and in support thereof, states as follows:

    **1.**    On January 31, 2022, this action was originated in this Court. [*See* Doc 1].

    **2.**    On August 18, 2022, Plaintiff, Primerica Life Insurance Company, was dismissed from the action and permitted to deposit funds into the Court Registry [*See* Doc 50].

    **3.**    On August 30, 2022, a deposit in the sum of **$56,389.04** was accepted into the Court Registry [*See* Doc 51].

**4.** On May 31, 2023, all defendants participated in a mediation conference which resulted in a full settlement [*See* Doc 62] wherein the parties entered into a written Mediated Settlement Agreement. A true and accurate copy of the Mediated Settlement Agreement has been provided to the Court [*See* Doc 63].

**5.** Pursuant to the terms of the Mediated Settlement Agreement, the defendants have agreed to the following proportional distribution of the funds currently held in the Court Registry:

| Defendant | Proportion to be received of the funds held in the Court Registry |
|---|---|
| Simmon S. Reed | 40% |
| Dalvin Devine | 20% |
| Anthony Young | 20% |
| Richard James Reed, III | 20% |

**6.** Accordingly, defendants Dalvin Devine and Anthony Young request that the monies held in the Court's Registry be disbursed as follows:

| Defendant | Payable to: |
|---|---|
| Simmon S. Reed | Kaydell Wright-Douglas, Esquire, P.A. Trust Account<br>110 North Armenia Avenue, Suite A<br>Tampa, FL 33609 |
| Dalvin Devine | Rise Up Legal Trust Account<br>1400 Marsh Landing Parkway, Suite 108<br>Jacksonville Beach, FL 32250 |
| Anthony Young | Rise Up Legal Trust Account<br>1400 Marsh Landing Parkway, Suite 108<br>Jacksonville Beach, FL 32250 |
| Richard James Reed, III | Richard J. Reed III<br>4808 N. 32nd Street<br>Tampa, FL 33610 |

## Local Rule 3.01(g) Certification

Prior to filing this Motion, in accordance with Local Rule 3.01(g), the undersigned conferred with counsel for Defendant Simmon S. Reed and individually with Richard J. Reed, III (*Pro se*), who do not object to the relief requested herein.

**WHEREFORE**, defendants Anthony Young and Dalvin Devine respectfully requests that this Honorable Court grant the relief request and disburse the monies held in the Court Registry in the proportions and to the parties identified in paragraphs 5 and 6.

Respectfully submitted on June 2, 2023.

| RISE UP LEGAL | THE LAW OFFICE OF JEFFREY D. HARPER, PLLC |
|---|---|
| */s/ Paul Cain* | */s/ Jeffrey D. Harper* |
| **Paul Cain, Esq.**<br>Florida Bar 1022280<br>(904) 877-1010<br>1400 Marsh Landing Parkway<br>Suite 108<br>Jacksonville Beach, FL 32250<br>service@riseuplegal.com<br>*Lead Attorney for Dalvin Devine & Anthony Young* | **Jeffrey D. Harper, Esq.**<br>Florida Bar 1024693<br>(904) 647-6949<br>3450 Dunn Avenue<br>Suite 302<br>Jacksonville, FL 32218<br>jeff.harper@harperlawpllc.com<br>*Attorney for Dalvin Devine & Anthony Young* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties or counsel of record identified on the attached Service List in the manner specified.

**THE LAW OFFICE OF JEFFREY D. HARPER, PLLC**

*/s/ Jeffrey D. Harper*

Jeffrey D. Harper, Esq.
Florida Bar 1024693
(904) 647-6949
3450 Dunn Avenue, Suite 302
Jacksonville, FL 32218
jeff.harper@harperlawpllc.com
*Attorney for Dalvin Devine & Anthony Young*

# SERVICE LIST
*Primerica Life Insurance Company v. Anthony Young et al.*

<u>*Via electronic mail*</u>
Richard J. Reed III
4808 N. 32nd Street
Tampa, FL 33610
rreed6603@gmail.com
*Pro se*

<u>*Via CM/ECF*</u>
Kaydell Wright-Douglas
kwrightdouglas@verizon.net
Kaydell Wright-Douglas, Esquire, P.A.
110 North Armenia Avenue
Suite A
Tampa, FL 33609
Tel: (813) 254-4623
Fax: (813) 251-5373
*Attorneys for Defendant Simmon S. Reed*