UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PRIMERICA LIFE INS. CO.,**

    **Plaintiffs,**

v.                                                         Case No: 8:22-cv-256-MSS-TGW

**ANTHONY YOUNG, et al.,**

    **Defendants**

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendants' Unopposed Motion to Disburse Funds Held in Court Registry. (Dkt. 64) On July 18, 2023, United States Magistrate Judge Thomas G. Wilson issued a Report and Recommendation, recommending that the Unopposed Motion be granted, and the funds disbursed to the defendants as set forth in the motion. (Dkt. 66) No objections to the Report and Recommendation have been filed, and the time to do so has passed.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the Magistrate Judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which

specific objection has been made by a party." <u>Jeffrey S. v. State Bd. of Educ.</u>, 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry.</u>, 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation, (Dkt. 66), is **CONFIRMED** and **ADOPTED** as part of this Order; and

2. The Unopposed Motion to Disburse Funds in Court Registry, (Dkt. 64), is **GRANTED**.

3. This case shall remain **CLOSED**.

**DONE AND ORDERED** in Tampa, Florida, this 18th day of August 2023.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person